McCOLE
v.
WYNNE.

Tuesday,
May 31.

----

McCOLE *v.* WYNNE and Others.—Two Cases.

APPEAL from the *Hamilton* Court of Common Pleas.

Tuesday,
May 31.

*Per Curiam.*—The appellees, who were the plaintiffs, sued *Mc Cole* on a promissory note, for the payment of 541 dollars. Issues, properly made, were submitted to the Court for trial. Finding for the plaintiff. Each party moved for a new trial, and each motion was overruled. Judgment on the finding of the Court. The defendant appeals to this Court, and assigns for error the refusal to

May Term,
1859.

grant him a new trial. This being the only error of which the appellant complains, and the evidence given on the trial not being in the record, the judgment must be affirmed; because we have often decided that when the evidence is not made a part of the record, the opinion of. the Court below in overruling a motion for a new trial, will not be reviewed. 8 Ind. R. 470, 499.—11 *id.* 260.

The judgment is affirmed with 6 per cent. damages and costs.

*D. Moss*, for the appellant.